IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            )
                                    )
        vs.                         )        Criminal Nos.   08-139 & 9-267
                                    )
                                    )
RASHIKA J. PORTER                   )

AMBROSE, Senior District Judge

## ORDER OF COURT

Pending is Defendant Rashika Porter's Amended Motion for Compassionate Release. (ECF No. 208 at 8-139 and No. 147 at 9-267). The Government has filed a Response and medical records filed under seal. Defendant has filed the identical Motion at Criminal No. 18-68. (ECF No. 183). After careful consideration of all the documents and Judge Fischer's Opinion and Order dated December 17, 2021, denying Defendant's identical Motion for Compassionate Release at Criminal No. 18-68 (ECF Nos. 188 and 189) and for the reasons stated therein, Defendant's Amended Motion for Compassionate Release (ECF No. 208 at 8-139 and No. 147 at 9-267) is DENIED. It is SO ORDERED this 21st day of December, 2021.

BY THE COURT:

/s/ Donetta W. Ambrose
_____

Donetta W. Ambrose
Senior U.S. District Judge